UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| WEIGAND CONSTRUCTION COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:14 CV 210 ) |
| WORTMAN BROTHERS, LLC, *et al.*, | ) ) |
| Defendant. | ) |

# O R D E R

Magistrate Judge Susan Collins' Report and Recommendation (DE #25) is adopted, and plaintiff's unopposed motion to dismiss defendant Wortman Brothers, LLC, without prejudice (DE #22) is **GRANTED**.

Defendant Wortman Brothers, LLC, is now **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

Date: November 5, 2015

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT